UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

WARREN R. KRAFT,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,
                Defendants.
-----------------------------------------------------------X

19 CIVIL 10286 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2019, Plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's request for injunctive relief is denied as moot. Plaintiff is warned that further vexatious, frivolous, or nonmeritorious litigation in this Court may result in an order barring him from filing new actions unless he receives prior permission. See 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, judgment is entered dismissing this action and the case is closed.

**DATED:** New York, New York
          November 18, 2019

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                 **BY:**
                                                **Deputy Clerk**